700 A.2d 1230

IN THE MATTER OF NEAL J. BERGER,
AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board on June 20, 1997, having filed with the Court its decision concluding that **NEAL J. BERGER** of **FLORHAM PARK,** who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of two years for violating *RPC* 8.4(b) (commission of criminal acts that reflect adversely on respondent's fitness as a lawyer); *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation); and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **NEAL J. BERGER** is hereby suspended from the practice of law for a period of two years, effective November 12, 1997, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.